**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Patty Schiermeister, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:07-cv-100 |
| ARS National Services, Inc., | ) | |
| a California corporation, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is the Plaintiff's "Motion for Dismissal with Prejudice" filed on February 22, 2008.  See Docket No. 4.  The plaintiff, Patty Schiermeister, informs the Court that the parties have settled the case.  The Court **ADOPTS** Schiermeister's motion (Docket No. 4) and **ORDERS** that the case be dismissed with prejudice, and without costs or disbursements to either party.

Dated this 25th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　*/s/ Daniel L. Hovland*
　　　　　　　　　　　　　　　　　　　　Daniel L. Hovland, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court